UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
BANK OF AMERICA, NATIONAL ASSOCIATION, and :
BANC OF AMERICA SECURITIES LLC, :
:
Plaintiffs, :
:
: 08-CV-09265 (PAC)
- against - :
: NOTICE OF MOTION
BEAR STEARNS ASSET MANAGEMENT INC., :
RALPH CIOFFI, MATTHEW TANNIN, and :
RAYMOND McGARRIGAL, :
:
:
Defendants. :
--------------------------------------------------------------- x

      PLEASE TAKE NOTICE that upon the Declaration of Marjorie E. Sheldon, dated January 16, 2009, the exhibits annexed thereto, and the accompanying Memorandum of Law, defendant Bear Stearns Asset Management Inc. will move this Court, before the Honorable Paul A. Crotty, at the United States Court House, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), dismissing the claims asserted against it in the above-captioned action and granting such other relief as the Court deems just and proper.

Dated:   New York, New York
           January 16, 2009

                                       Kramer Levin Naftalis & Frankel LLP

                                       By:    /s/ Barry H. Berke
                                               Barry H. Berke
                                               Eric A. Tirschwell
                                               Kerri Ann Law
                                               Marjorie E. Sheldon

                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      (212) 715-9100
                                      Attorneys for Bear Stearns Asset Management Inc.