```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BANK OF AMERICA, N.A., et al.,
                               Plaintiffs,

08 CIVIL 9265 (AJN)

-against-

**JUDGMENT**

BEAR STEARNS ASSET MANAGEMENT, et al.,
                               Defendants.
------------------------------------------------------------X

     Whereas on January 11, 2013, Defendants having moved for summary judgment seeking dismissal of all claims; on January 15, 2013, Plaintiffs' having cross-moved for summary judgment on Defendants' counterclaims; in conjunction with summary judgment briefing, the parties also filed competing Daubert motions, and the matter having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on September 3, 2013, having rendered its Memorandum Opinion and Order granting both of the Defendants' motions for summary judgment and to exclude the expert testimony of Dr. Mukesh Bajaj; dismissing all four claims; denying remaining pending motions as moot, and the Clerk of Court is instructed to close this case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 3, 2013, Defendants' motions for summary judgment and to exclude the expert testimony of Dr. Mukesh Bajaj are both granted; all four claims are dismissed, and remaining motions are denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
         September 4, 2013

                                                   RUBY J. KRAJICK
                                                      Clerk of Court
                                        BY:
                                                         Deputy Clerk

                                                    **THIS DOCUMENT WAS ENTERED
                                                    ON THE DOCKET ON** _____